995 So.2d 582 (2008)
Humberto CABRERA, Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-1209.
District Court of Appeal of Florida, Fifth District.
October 21, 2008.
Rehearing Denied November 26, 2008.
Humberto Cabrera, Jasper, pro se.
Bill McCollum, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.
*583 PER CURIAM.
AFFIRMED. See State v. Perkins, 977 So.2d 643 (Fla. 5th DCA), review denied, 991 So.2d 387, 2008 WL 4006802 (Fla. Aug. 27, 2008); Robinson v. State, 925 So.2d 373 (Fla. 5th DCA 2006).
PALMER, C.J., MONACO and COHEN, JJ., concur.